UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID M. REED,

        Plaintiff,

     -v-                                 7:14-CV-527

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| CONBOY, McKAY LAW FIRM<br>Attorneys for Plaintiff<br>407 Sherman Street<br>Watertown, NY 13601 | PETER L. WALTON, ESQ. |
| OFFICE OF REGIONAL GENERAL COUNSEL<br>SOCIAL SECURITY ADMINISTRATION<br>   REGION II<br>Attorneys for Defendant<br>26 Federal Plaza, Room 3904<br>New York, NY 10278 | AMANDA J. LOCKSHIN, ESQ.<br>CHARLES E. ROBERTS, ESQ. |

DAVID N. HURD
United States District Judge

## **O R D E R**

Pursuant to the bench decision entered into the record after hearing oral argument on this date in Utica, New York, it is hereby

ORDERED that

1. The Commissioner's decision is AFFIRMED; and

2. The complaint is DISMISSED.

The Clerk of the Court is directed to enter a judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: September 29, 2015
　　　　Utica, New York.